UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 08-59800 |
| Robert P. Siudak & Becky A. Siudak, | : | Chapter 7 |
| | : | Judge Hoffman |
| Debtors. | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $3.60 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Narong Chinakarn, M.D.<br>One Ross Park, Suite 201<br>Steubenville, OH  43952 | 4 | $2.22 |
| Russell Collection Agency, Inc.<br>PO Box 7009, Flint, MI  48507 | 12 | $1.38 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $3.60 | $0 |

Dated: May 23, 2011

/s/ Thomas McK. Hazlett
Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

###